

2007 Decisions

Opinions of the United
States Court of Appeals
for the Third Circuit

4-26-2007

# Huang v. Atty Gen USA

Precedential or Non-Precedential: Non-Precedential

Docket No. 06-2784

Follow this and additional works at: http://digitalcommons.law.villanova.edu/thirdcircuit_2007

Recommended Citation

"Huang v. Atty Gen USA" (2007). *2007 Decisions.* Paper 1202.
http://digitalcommons.law.villanova.edu/thirdcircuit_2007/1202

This decision is brought to you for free and open access by the Opinions of the United States Court of Appeals for the Third Circuit at Villanova
University School of Law Digital Repository. It has been accepted for inclusion in 2007 Decisions by an authorized administrator of Villanova
University School of Law Digital Repository. For more information, please contact Benjamin.Carlson@law.villanova.edu.

UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 06-2784
_____

YU YUN HUANG,
                              Petitioner
                         v.

ATTORNEY GENERAL OF THE
UNITED STATES OF AMERICA
_____

On Petition for Review of a Decision of the
Board of Immigration Appeals
(Agency No. A79 424 916)
Immigration Judge:  Honorable Miriam K. Mills
_____

ORDER
_____

At the direction of the Court, it is hereby O R D E R E D that the opinion filed on

April 25, 2007 is hereby V A C A T E D having been issued in error.

                                        For the Court,

                                         /s/ Marcia M. Waldron

                                        Clerk

Dated:  April 26, 2007
TMK/cc: Ms. Yu Yun Huan
          Andrew Oliveira, Esq.